IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOSEPH COPELIN,

        Plaintiff,

  v.

MARTIN O'MALLEY,

        Defendant.

Case No. 3:23-cv-00106-SLG

### ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D)

Before the Court at Docket 15 is Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(D). Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that attorney fees in the amount of $6,017.65 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

DATED this 6th day of May 2024, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE